# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

QUINTEZ TALLEY,       )
             )
     Plaintiff,    )
             )
  vs.        )  Civil Action No. 3:19-183
             )  Judge Nora Barry Fischer
JERRY SANDUSKY, *et al.*,   )  Magistrate Judge Christopher B. Brown
             )
    Defendants.   )

## ORDER OF COURT

AND NOW, this 13th day of March, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Christopher B. Brown dated December 1, 2025, (Docket No. 35), recommending that Plaintiff Quintez Talley's Complaint be dismissed for failure to prosecute and failure to comply with Court Orders, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Plaintiff by December 18, 2025, and no objections having been filed by the date of this Order, the matter having been reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of December 1, 2025, (Docket No. 35), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 27) is DISMISSED, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, including, among other things, that Plaintiff failed

1

to submit USMS service forms for each Defendant, a completed notice and waiver of summons for each Defendant and a copy of the Complaint for each Defendant by the extended deadline of July 21, 2025, as directed in the Magistrate Judge's June 27, 2025 Order extending that deadline, (Docket No. 32), Plaintiff similarly failed to respond to the Magistrate Judge's Order to Show Cause wherein he was directed to show cause why this matter should not be dismissed for failure to prosecute by October 27, 2025, (Docket No. 34), that he is solely responsible for prosecuting this case as a pro se plaintiff, has not taken sufficient action to prosecute this case as he has not submitted the USMS service forms, notice and waiver of summons forms, and copies of the Complaint for each Defendant, such that none of the Defendants have been served at this point, nearly 8 months later, and he has otherwise not provided any reasons why this case should not be dismissed for failure to prosecute in the intervening months, it appears that there are no other available sanctions to remedy his failure to prosecute as monetary sanctions are inappropriate given his pro se status, and the Magistrate Judge's evaluation that the record is insufficient to determine the meritoriousness of Plaintiff's claims at this time, and the facts showing Plaintiff's dilatoriness are further buttressed by his failure to file any objections to the Report and Recommendation by the deadline of December 18, 2025 through the date of this Order – a period of approximately 90 days, *see e.g., Poulis*, 747 F.2d 863; and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:        United States Magistrate Judge Christopher Brown

2

cc:            QUINTEZ TALLEY
KT 5091
SCI CAMP HILL
P.O. Box 8837
2500 Lisburn Road
Camp Hill, PA 17001 (via U.S. First Class Mail)

QUINTEZ TALLEY
KT 5091
SCI ALBION
10745 Route 18
Albion, PA 1647-0001 (via U.S. First Class Mail)

3